UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIKA ALEXANDRIA, on behalf of herself and all others similarly situated,<br><br>                        Plaintiffs,<br><br>        -against-<br><br>THE HAIR SHOP, INC.,<br><br>                        Defendant. | 25-CV-9008 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's **October 31, 2025** Order, **Dkt. 5**, the parties were required to file a joint letter and proposed case management plan, the contents of which are described in that order, no later than **January 14, 2026**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **January 16, 2026**.

       SO ORDERED.

Dated: January 15, 2026
       New York, New York

                                     ARUN SUBRAMANIAN
                                United States District Judge